CAC  
F.#2011R000641

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ JUN 22 2011 ★  
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X    O R D E R

In re Pen Register Application          Misc.-11-344

- - - - - - - - - - - - - - - - -X

     Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Celia A. Cohen, it is hereby

     ORDERED that the attached redacted application in the above-reference matter be unsealed, and that the orders in the same matter be unsealed in their entirety.

Dated:    Brooklyn, New York  
           June 21, 2011

                                       THE HON. VIKTOR V. POHORELSKY  
                                       UNITED STATES MAGISTRATE JUDGE  
                                       EASTERN DISTRICT OF NEW YORK