CAC
F.#2011R000641

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X   O R D E R

In re Historical Cell-Site              Misc.-11-344
Application

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 17 2012 ★
BROOKLYN OFFICE

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney CELIA A. COHEN, it is hereby

ORDERED that the above-referenced application be completely unsealed forthwith.

Dated:    Brooklyn, New York
          December 22, 2011

                                    s/ RML
                        _____
                        THE HON. ROBERT M. LEVY
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK